Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Michael Marchand (SBN 281080)
mmarchand@blakelylawgroup.com
BLAKELY LAW GROUP
915 North Citrus Avenue
Hollywood, California 90038
Telephone: (323) 464-7400
Facsimile: (323) 464-7410

*Attorneys for Plaintiffs*
*Coach Services, Inc. and Coach Services, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COACH SERVICES, INC., a Maryland Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>PERFECT PURSE, an unknown business entity; KAY DOUGHNEY, an individual, JULIA SUN, an individual, and DOES 1-10, inclusive,<br><br>    Defendants. | CASE NO. CV 12-04644 JCS<br><br>**PLAINTIFFS' REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE** |

1  WHEREAS this Court has scheduled a Case Management Conference for Friday, February 8, 2013.

2  WHEREAS counsel for Plaintiff Coach, Inc. and Coach Services, Inc. is located in Los Angeles, California and has a trial in another matter scheduled to take place the same day in the Los Angeles Superior Court.

3  Based on the foregoing, Counsel for Plaintiff Coach Services, Inc. hereby requests to appear telephonically at Case Management Conference.

DATED: February 1, 2013                BLAKELY LAW GROUP

                                       By:  /s/ Michael Marchand
                                            Brent H. Blakely
                                            Michael Marchand
                                            ***Attorneys for Plaintiffs
                                            Coach, Inc. and Coach Services, Inc.***

IT IS HEREBY ORDERED THAT Mr. Marchand shall be on phone standby beginning at 1:30 PM and await the Court's call. Counsel shall provide the Court with a direct land line phone number.
Dated: 2/4/13

IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA