Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Michael Marchand (SBN 281080)
mmarchand@blakelylawgroup.com
BLAKELY LAW GROUP
915 North Citrus Avenue
Hollywood, California 90038
Telephone: (323) 464-7400
Facsimile: (323) 464-7410

*Attorneys for Plaintiffs*
*Coach Services, Inc. and Coach Services, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COACH SERVICES, INC., a Maryland Corporation,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>PERFECT PURSE, an unknown business entity; KAY DOUGHNEY, an individual, JULIA SUN, an individual, and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | CASE NO. CV 12-04644 JCS<br><br>**PLAINTIFFS' REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE** |

WHEREAS this Court has scheduled a Case Management Conference for Friday, February 8, 2013.

WHEREAS counsel for Plaintiff Coach, Inc. and Coach Services, Inc. is located in Los Angeles, California and has a trial in another matter scheduled to take place the same day in the Los Angeles Superior Court.

Based on the foregoing, Counsel for Plaintiff Coach Services, Inc. hereby requests to appear telephonically at Case Management Conference.

DATED:   February 1, 2013          BLAKELY LAW GROUP

By:  /s/ Michael Marchand
Brent H. Blakely
Michael Marchand
*Attorneys for Plaintiffs*
***Coach, Inc. and Coach Services, Inc.***

IT IS HEREBY ORDERED THAT Mr. Marchand shall be on phone standby beginning at 1:30 PM and await the Court's call.  Counsel shall provide the Court with a direct land line phone number.
Dated: 2/4/13

IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA